JOSIAH W. JENKINS, Respondent, *v.* THE DELAWARE AND HUDSON COMPANY, Appellant.

*Jenkins* v. *Delaware & Hudson Co.*, 157 App. Div. 883, affirmed.
(Submitted December 16, 1915; decided March 14, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 22, 1913, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to compel specific performance of an alleged contract to sell certain lands. The answer denied the contract, admitted refusal to convey, alleged that only by action of defendant's board of managers can a contract to sell the lands in question be made, and that no one with authority ever made any contract for the sale.

*Lewis E. Carr* for appellant.

*Edward Bruce Hill* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, CUDDE-BACK, HOGAN, CARDOZO and POUND, JJ. Not voting: COLLIN, J.